IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOMMY BROWN,
    Petitioner,

vs.                        Case No. 3:10cv9/LAC/EMT

WALTER McNEIL,
    Respondent.
_____/

## O R D E R

By previous order of the court, Petitioner was directed to submit two copies of the supporting memorandum, submitted with his § 2254 petition, for service upon Respondent and the Florida Attorney General (*see* Doc. 10). Instead of supplying the copies, Petitioner filed a new supporting memorandum (Doc. 12), but he did not submit two service copies. Therefore, Petitioner will again be directed to submit copies of his memorandum.

Accordingly, it is **ORDERED**:

1. Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit two (2) complete copies of the supporting memorandum. This case number should be written on each copy.

2. Failure to comply with this order may result in a recommendation of dismissal of this case.

**DONE AND ORDERED** this 19th day of March 2010.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**